| PROB 22 (Rev. 2/10) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0754 4:98CR40119-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00024 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Ernest Taylor<br>Nashville, Tennessee | Southern District of Illinois | Benton, IL 62812 |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Phil Gilbert | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 04/13/2012 — TO 04/12/2017 |

OFFENSE

Ct. 1: 21 U.S.C. § 846 - Conspiracy to Distribute Cocaine Base
Ct. 2: 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District Of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept. 18, 2012
DATE

*(signature)*
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-7-13
DATE

*(signature)*
UNITED STATES DISTRICT JUDGE